# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of May, 2007, upon preliminary review of the complaint filed in this matter (Doc. 1), and it appearing from the face of the document that plaintiff's intent was to file an amended complaint in Civil Action No. 1:07-CV-0340, not to commence a new action, it is hereby ORDERED that:

1. The Clerk of Court is directed to CLOSE this case.

2. The Clerk of Court is further directed to docket the complaint (Doc. 1) as plaintiff's amended complaint in Civil Action No. 1:07-CV-0340.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge