# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of January, 2009, in accordance with the Mandate of the United States Court of Appeals for the Third Circuit (Doc. 9 ), and upon consideration of plaintiff's complaint (Doc. 1), it is hereby ORDERED that the United States Marshal is directed to serve plaintiff's complaint (Doc. 1) on the defendants named therein.[1]

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff has paid the $350.00 filing fee.  (See Mincy v. Klem, Civil Action No. 1:07-CV-0340, Doc. 1.)