# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of May, 2009, it is hereby ORDERED as follows:

1. Disposition of plaintiff's motion for separation of parties (Doc. 11) is held in abeyance pending resolution of defendants' motion to dismiss plaintiff's complaint.

2. Plaintiff's motion to stay proceedings (Doc. 18) is DENIED.

3. Plaintiff's motion for an enlargement of time (Doc. 18) to respond to defendants' motion to dismiss is GRANTED. Plaintiff shall respond to defendants' motion on or before May 22, 2009.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge