# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of April, 2010, upon consideration of plaintiff's proposed "Second Amended Complaint" (Doc. 38), and it appearing that the proposed document fails to comply with the memorandum and order of court (Doc. 36) affording plaintiff the opportunity to file a second amended complaint in that the proposed document is not a short, plain, and concise statement of the retaliation claims against the only remaining defendants, Vance, Gower, Wetzel and Murphy, but, rather, seeks to add thirteen additional parties and additional retaliation claims, it is hereby ORDERED that:

1. The proposed "Second Amended Complaint" (Doc. 38) is STRICKEN and the Clerk of Court shall return the document to plaintiff.

2. The Clerk of Court is directed to forward to plaintiff another civil rights form complaint.

3. Plaintiff may FILE a second amended complaint in accordance with the prior memorandum and order of court (Doc. 36) on or before April 22, 2010, on the enclosed civil rights form. The amended complaint shall carry the same civil docket number (1:07-CV-0790) presently assigned to this matter.

4. The second amended complaint shall be limited to the existing claims that Vance, Gower, Wetzel and Murphy issued him retaliatory misconducts, and shall more definitively state the claims that these defendants were involved in retaliatory theft and destruction of property, and retaliatory transfer of plaintiff.

5. The amended complaint shall be a short, plain, and concise statement of those claims and shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint or amended complaint already filed. FED. R. CIV. P. 8(e)(1).

6. Failure to comply with this order will result in dismissal of the retaliatory theft of property, destruction of property, and transfer claims.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge