# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of November, 2010, upon consideration of plaintiff's unopposed[1] motion to compel (Doc. 47) answers to interrogatories, and it appearing that plaintiff served requests for interrogatories on defendants on or about July 12, 2010, and received no response (Doc. 49, at 1), and it further appearing that on August 25, 2010, plaintiff sent a letter to counsel for defendants requesting that counsel comply with the Federal Rules of Civil Procedure governing discovery (Id. at 2), but received no response, it is hereby ORDERED that:

1. Plaintiff's motion to compel (Doc. 47) is DEEMED unopposed and GRANTED.

2. Defendants shall respond to plaintiff's interrogatories on or before December 1, 2010, and shall file a certificate of compliance with the court.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] Defendants failed to file a brief in opposition to plaintiff's motion. It is therefore deemed unopposed. See L.R. 7.6 (stating that any party who fails to oppose a motion within fourteen days shall be deemed not to oppose the motion).