# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of April, 2011, upon consideration of plaintiff's motion for sanctions (Doc. 71), wherein plaintiff seeks to impose sanctions upon defendants based upon their alleged failure to provide plaintiff with answers to interrogatories, and it appearing that defendants have, in accordance with the order of court (Doc. 56), served plaintiff with answers to interrogatories on January 12, 2011 (Docs. 58-68), it is hereby ORDERED that the motion is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge