# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 21st day of April, 2011, upon consideration of defendants' motions for extensions of time (Docs. 91-92), to file a brief in opposition to plaintiff's motion for partial summary judgment, and to oppose plaintiff's motion for sanctions or to compel discovery, it is hereby ORDERED that:

1. The motions (Docx. 91-92) are GRANTED.  Defendants shall file and serve their opposition briefs to both motions on or before May 2, 2011.

2. Plaintiff's motion (Doc. 89) to strike defendants' motion for an extension of time is DENIED.

     S/ Christopher C. Conner
     CHRISTOPHER C. CONNER
     United States District Judge