IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| | : | |
| **Plaintiff,** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **EDWARD KLEM**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of June, 2011, upon consideration of defendants' motion for an extension of time (Doc. 99) to file a brief in opposition to plaintiff's motion for partial summary judgment, and plaintiff's motions in objection to defendants' motion and to strike defendants' motion (Docs. 96, 100, 101), it is hereby ORDERED that:

1. Defendants' motion (Doc. 99) for an extension of time is GRANTED. Defendants shall file and serve their opposition brief on or before June 27, 2011.

2. Plaintiff's motions (Docs. 96, 100, 101) are DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge