# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILTON KARRIEM MINCY,** : | CIVIL ACTION NO. 1:07-CV-0790 |
| **Plaintiff,** : | (Judge Conner) |
| v. : | |
| **EDWARD KLEM**, et al., : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 14th day of June, 2011, upon consideration of plaintiff's motion for sanctions or to compel discovery (Doc. 83), wherein plaintiff seeks to compel defendants to produce certain documents or, in the alternative, sanction defendants for their failure to produce the documents, and it appearing that defendants made the documents available to plaintiff for viewing on April 7, 2011 (Doc. 98-1), it is hereby ORDERED that the motion (Doc. 83) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge