# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | CIVIL ACTION NO. 1:07-CV-0790 |
| **Plaintiff,** | : | (Judge Conner) |
| v. | : | |
| **EDWARD KLEM**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of June, 2011, upon consideration of plaintiff's motion to compel answers to interrogatories (Doc. 94), it is hereby ORDERED that:

1. The motion (Doc. 94) is GRANTED IN PART and DENIED IN PART.

2. The motion is GRANTED as follows:

   a. Defendants shall provide to plaintiff, on or before June 27, 2011, signed copies of all answers to interrogatories. FED. R. CIV. P. 33(b)(5).

   b. Defendant Kmieciak shall provide to plaintiff, on or before June 27, 2011, full and complete responses to interrogatories 13 and 14.

3. The motion is DENIED as follows:

   a. Defendant Chmielewski's responses to interrogatories 4 and 24, and Defendant Gavin's responses to interrogatories 18-20, are DEEMED adequate. No further responses are warranted.

   b. Because plaintiff failed to attach copies of the interrogatories of defendants Kershner and Klem, the Court is unable to assess the adequacy of their responses.

                                                     S/ Christopher C. Conner
                                                     CHRISTOPHER C. CONNER
                                                     United States District Judge