# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILTON KARRIEM MINCY,** : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** : | **(Judge Conner)** |
| v. : | |
| **EDWARD KLEM**, et al., : | |
| **Defendants** : | |

## AMENDED ORDER

AND NOW, this 7th day of July, 2011, this court having granted plaintiff's motion for reconsideration of this Court's Order of June 14, 2011 (Doc. 106) addressing plaintiff's motion to compel answers to interrogatories (Doc. 94), it is hereby ORDERED that the order (Doc. 106) is amended as follows:

1. Plaintiff's motion to compel answers to interrogatories (Doc. 94) is GRANTED IN PART and DENIED IN PART.

2. The motion is GRANTED as follows:

    a. Defendants shall provide to plaintiff, on or before July 22, 2011, signed copies of all answers to interrogatories. FED. R. CIV. P. 33(b)(5).

    b. Defendant Kmieciak shall provide to plaintiff, on or before July 22, 2011, full and complete responses to interrogatories 13 and 14.

    c. Defendant Gavin shall provide to plaintiff, on or before July 22, 2011, clarification of his answer to interrogatory 24. Specifically, he shall inform plaintiff of any other inmates from whom he was to be administratively separated who were in the custody of the Pennsylvania Department of Corrections at the relevant time.

3. The motion is DENIED as follows:

   a. Defendant Chmielewski's responses to interrogatories 4 and 24, and Defendant Gavin's responses to interrogatories 18-20, are DEEMED adequate. No further responses are warranted.

   b. Because plaintiff failed to attach copies of the interrogatories of defendants Kershner and Klem, the Court is unable to assess the adequacy of their responses.

4. Defendants' motion for extension of time (Doc. 109) to comply with the original Order (Doc. 106) regarding discovery responses, is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge