# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILTON KARRIEM MINCY,** : | CIVIL ACTION NO. 1:07-CV-0790 |
| : | |
| **Plaintiff,** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **EDWARD KLEM**, et al., : | |
| : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 7th day of July, 2011, upon consideration of plaintiff's motion for reconsideration (Doc. 110) of this Court's Order (Doc. 105) denying his motion for sanctions or to compel discovery, and it appearing that although plaintiff alleges that he has been denied access to his legal property, at no point does he indicate that he was denied access to the documents sought in the discovery requests made available to him for viewing on April 7, 2011, it is hereby ORDERED that the motion for reconsideration (Doc. 110) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge