# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILTON KARRIEM MINCY,** | : CIVIL ACTION NO. 1:07-CV-0790 |
| **Plaintiff,** | : (Judge Conner) |
| v. | : |
| **EDWARD KLEM**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 30th day of November, 2011, upon consideration of plaintiff's motion for reconsideration (Doc. 140) and motion to compel (Doc. 151), and it appearing that defendants failed to file briefs in opposition to the motion within the requisite fourteen-day period, and the motions are therefore deemed unopposed, see L.R. 7.6 (stating that any party who fails to file a brief in opposition to a motion within the time period set forth in the rule shall be deemed not to oppose the motion), it is hereby ORDERED that:

1. The motion for reconsideration (Doc. 140) is GRANTED to the extent that defendants Vance, Wetzel, and Murphy shall respond to plaintiff's requests for admissions (Doc. 119 at 26-31, 42-44) on or before December 15, 2011.

2. Plaintiff's motion to compel (Doc. 151) is GRANTED to the extent that Defendant Gavin shall provide to plaintiff, on or before December 15, 2011, the names/locations of the "state correctional institutions in the Department's Eastern and Central Regions prisons" to which the inmates from whom plaintiff was administratively separated were confined.

3. Defendants shall also FILE a Notice of Compliance with the Court on or before December 15, 2011.

4. No extensions of time will be granted absent exigent circumstances.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge