IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| | : | |
| **Plaintiff,** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **EDWARD KLEM**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of January, 2012, upon consideration of various motions filed by plaintiff (Docs. 181, 182, 184) it is hereby ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. 181) is deemed WITHDRAWN for failure to file a brief in support of the motion. See L.R. 7.5.

2. Plaintiff's motion (Doc. 182) to strike the original complaint in this action (Doc. 1) filed on April 30, 2007, and replace it with an amended complaint filed in Civil Action 07-CV-0340 on May 15, 2007 (Doc. 14), is DENIED as the present action is governed by the amended complaint docketed on September 10, 2009 (Doc. 27), and replacing the original complaint with an amended complaint that pre-dates the governing amended complaint serves no purpose in this litigation.

3. Plaintiff's motion to expedite (Doc. 184) the ruling on pending discovery motions (Docs. 140, 151) is DENIED as moot by the issuance of this Court's November 30, 2011 Order (Doc. 179) addressing those motions.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge