# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** | : | (Judge Conner) |
| v. | : | |
| **EDWARD KLEM**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of January, 2012, upon consideration of defendants' motion to vacate (Doc. 186) and plaintiff's motion for sanctions (Doc. 187), it is hereby ORDERED that:

1. Defendants' motion to vacate (Doc. 186) this Court's Order of November 30, 2011 (Doc. 179) is deemed WITHDRAWN for failure to file a brief in support of the motion. See L.R. 7.5.

2. Defendants shall COMPLY with this Court's Order of November 30, 2011 (Doc. 179), on or before February 10, 2012.

3. Notices of Compliance with the November 30, 2011 Order (Doc. 179) shall be FILED with the Court on or before February 10, 2012.

4. Plaintiff's motion for sanctions (Doc. 187) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge