# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0790** |
| **Plaintiff,** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD KLEM**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of January, 2012, upon consideration of defendants' motion (Doc. 171) to strike plaintiff's counter-statement of material facts and brief in opposition to defendants' motion for summary judgment on the grounds that plaintiff failed to attach referenced appendices and discovery responses to his statement of material facts, and upon further consideration of plaintiff's motion (Doc. 173) to strike defendants' statement of material facts based upon defendants' failure to include supporting documentation with the statement, and it appearing that the documents supporting each parties' statements of material facts are attached as exhibits to their briefs (Docs. 159, 167), as opposed to their statements of material facts, it is hereby ORDERED that the motions (Docs. 171, 173) are DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge